IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00096-MR-WCM

| | | |
|---|---|---|
| USA FARM LABOR, INC., | ) | |
| JCP FARMS, LLC, | ) | |
| LAZY BS BAR, INC., | ) | |
| B&B AGRI SALES, LLC, | ) | |
| HOGGARD FARMS, | ) | |
| MASCHING AGRICULTURE, LLC, | ) | |
| HUTTO GRAIN, | ) | |
| KD FARM & RANCH, | ) | |
| CIRCLE D FARMS, | ) | |
| TRIPLE T FARMS, INC., | ) | |
| BEBB FARMS, and | ) | |
| JAMERSON FARMS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | ORDER |
| | ) | |
| JULIE SU | ) | |
| *Acting Secretary of Labor,* | ) | |
| *U.S. Department of Labor* | ) | |
| BRENT PARTON | ) | |
| *Acting Assistant Secretary of* | ) | |
| *Labor Employment and Training* | ) | |
| *Administration,* | ) | |
| *U.S. Department of Labor*, and | ) | |
| BRIAN PASTERNAK | ) | |
| *Administrator, Office of Foreign* | ) | |
| *Labor Certification,* | ) | |
| *U.S. Department of Labor,* | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 5) filed by Patrick H. Flanagan. The Motion indicates

that Mr. Flanagan, a member in good standing of the Bar of this Court, is local counsel for Plaintiffs and that he seeks the admission of Mark Stevens, who the Motion represents as being a member in good standing of the Bar of Virginia. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

Accordingly, the Court **GRANTS** the Motion (Doc. 5) and **ADMITS** Mark Stevens to practice *pro hac vice* before the Court in this matter while associated with local counsel.

It is so ordered.

Signed: April 28, 2023

W. Carleton Metcalf
United States Magistrate Judge