IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00096-MR-WCM

| | |
|---|---|
| USA FARM LABOR, INC.; ) | |
| JCP FARMS, LLC; ) | |
| LAZY BS BAR, INC.; ) | |
| B&B AGRI SALES, LLC; ) | |
| HOGGARD FARMS; ) | |
| MASCHING AGRICULTURE, LLC; ) | |
| HUTTO GRAIN; ) | |
| KD FARM & RANCH; ) | ORDER |
| CIRCLE D FARMS; ) | |
| TRIPLE T FARMS, INC.; ) | |
| BEBB FARMS; ) | |
| JAMERSON FARMS; ) | |
| BRUCE YOUNG FARMS; ) | |
| SK FARMS INC.; ) | |
| KAUP PRODUCE, INC.; ) | |
| COTEAU TILING, INC.; ) | |
| HAALAND GRAIN FARMS; ) | |
| LINCOLN COUNTY FEED YARD LLC; ) | |
| CDC, INC.; ) | |
| GRAND FARMING ENTERPRISES, INC.; ) | |
| FOUR R'S RANCH LLC; ) | |
| J D LAYMAN FARMS INC.; ) | |
| MOLITOR BROTHERS FARM; and ) | |
| WRIGHT FARMS OF BUTLER CO INC., ) | |
| ) | |
| Plaintiffs. ) | |
| v. ) | |
| ) | |
| JULIE SU, ) | |
| *Acting Secretary of Labor,* ) | |
| *U.S. Department of Labor;* ) | |
| BRENT PARTON, ) | |
| *Acting Assistant Secretary of* ) | |
| *Labor Employment and Training* ) | |
| *Administration,* ) | |
| *U.S. Department of Labor;* and ) | |

| | |
|---|---|
| BRIAN PASTERNAK, *Administrator, Office of Foreign Labor Certification, U.S. Department of Labor;* | ) ) ) ) ) |
| **Defendants.** | ) ) |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 19) filed by Robert J. Willis. The Motion indicates that Mr. Willis, a member in good standing of the Bar of this Court, is local counsel for a certain non-party, who has, with others, moved for leave to file a brief as Amici Curiae. See Doc. 14. Mr. Willis seeks the admission of Douglas Stevick, who the Motion represents as being a member in good standing of the Bar of Texas. It further appears that the requisite admission fee has been paid.

Although the Motion indicates that it is opposed, the deadline to respond to the Motion has run, and no party has filed a formal opposition to the Motion. Seeing no facial defect with respect to the Motion, the request will be granted.

Accordingly, the Court **GRANTS** the Motion (Doc. 19) and **ADMITS** Douglas Stevick to practice *pro hac vice* before the Court in this matter while associated with local counsel.

It is so ordered.

Signed: June 28, 2023

*[signature]*

W. Carleton Metcalf
United States Magistrate Judge