IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00096-MR-WCM

| | |
|---|---|
| USA FARM LABOR, INC.; | ) |
| JCP FARMS, LLC; | ) |
| LAZY BS BAR, INC.; | ) |
| B&B AGRI SALES, LLC; | ) |
| HOGGARD FARMS; | ) |
| MASCHING AGRICULTURE, LLC; | ) |
| HUTTO GRAIN; | ) |
| KD FARM & RANCH; | )   ORDER |
| CIRCLE D FARMS; | ) |
| TRIPLE T FARMS, INC.; | ) |
| BEBB FARMS; | ) |
| JAMERSON FARMS; | ) |
| BRUCE YOUNG FARMS; | ) |
| SK FARMS INC.; | ) |
| KAUP PRODUCE, INC.; | ) |
| COTEAU TILING, INC.; | ) |
| HAALAND GRAIN FARMS; | ) |
| LINCOLN COUNTY FEED YARD LLC; | ) |
| CDC, INC.; | ) |
| GRAND FARMING ENTERPRISES, INC.; | ) |
| FOUR R'S RANCH LLC; | ) |
| J D LAYMAN FARMS INC.; | ) |
| MOLITOR BROTHERS FARM; and | ) |
| WRIGHT FARMS OF BUTLER CO INC., | ) |
| | ) |
| Plaintiffs. | ) |
| v. | ) |
| | ) |
| JULIE SU, | ) |
| *Acting Secretary of Labor,* | ) |
| *U.S. Department of Labor;* | ) |
| BRENT PARTON, | ) |
| *Acting Assistant Secretary of* | ) |
| *Labor Employment and Training* | ) |
| *Administration,* | ) |
| *U.S. Department of Labor;* and | ) |

| | |
|---|---|
| BRIAN PASTERNAK, | ) |
| *Administrator, Office of Foreign* | ) |
| *Labor Certification,* | ) |
| *U.S. Department of Labor;* | ) |
| | ) |
| **Defendants.** | ) |

_____

This matter is before the Court on a Notice of Withdraw of Attorney filed by Joshua S. Press.

In its discretion, the Court will construe the filing as being a Motion to Withdraw as Counsel of Record and will allow the request.

Accordingly, the Motion (Doc. 40) is **GRANTED**, and Joshua S. Press is **WITHDRAWN** as counsel of record for Defendants.

It is so ordered.

Signed: August 14, 2023

W. Carleton Metcalf
United States Magistrate Judge