IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:23-cv-00096-MR-WCM

| | |
|---|---|
| USA FARM LABOR, INC. et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| JULIE SU, Acting ) | |
| Secretary of Labor, U.S. ) | |
| Department of Labor, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the Plaintiffs' Unopposed Motion to Stay Proceedings. [Doc. 55]. The Court held a telephonic status conference with the parties regarding the Plaintiffs' Motion on November 9, 2023.

In their motion, the Plaintiffs move to stay the proceedings in this case pending a decision by the Court of Appeals on their appeal of the Order denying their motions for injunctive relief. [Doc. 55]. While not joining in the motion, the Defendants do not oppose the Plaintiffs' request. [Id.].

Upon review of the Plaintiffs' Motion, the Court finds that the Plaintiffs have not demonstrated good cause for the requested stay at this time. The Plaintiffs' primary argument appears to be that extensive discovery will be

required in this matter, and that proceeding forward with the litigation while the appeal remains pending would result in a waste of time and resources. However, it is not apparent at this time that any such discovery will be required in order to resolve the issues presented by the parties. Accordingly, the Plaintiffs' Motion is denied without prejudice.

The parties shall file their Certificate of Initial Attorneys' Conference no later than November 17, 2023, after which the Magistrate Judge will enter a case management order.

**IT IS, THEREFORE, ORDERED** that the Plaintiffs' Unopposed Motion to Stay Proceedings [Doc. 55] is **DENIED**.

**IT IS FURTHER ORDERED** that the parties shall file their Certificate of Initial Attorneys' Conference no later than November 17, 2023.

**IT IS SO ORDERED.**

Signed: November 15, 2023

Martin Reidinger
Chief United States District Judge