# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| KD Farm & Ranch, et al. | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:23-cv-00096-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Julie Su, et al. | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 29, 2025 Order.

September 29, 2025

Katherine Hord Simon, Clerk
United States District Court